Default entered against defendant 10/24/14.

GERI M. SMITH, CLERK

By: s/ Gwen Mackey
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Darlene Cooper-Clay, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:14-cv-01357-JG |
| National Credit Adjusters, LLC, ET AL | : |
| Defendants. | : |

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT**
**NATIONAL CREDIT ADJUSTERS, LLC**

Plaintiff, Darlene Cooper-Clay (hereinafter "Plaintiff"), by and through Plaintiff's counsel, hereby requests the Clerk of the Court enter default against Defendant National Credit Adjusters, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure ("FRCP") on the grounds that Defendant has failed to answer this matter's Complaint and has failed to appear or otherwise defend this action. Decl. Sergei Lemberg ¶ 4.

Plaintiff served the Defendant with a summons and complaint on June 23, 2014, as evidenced by the proof of service on file with this Court. *Id.* ¶ 2. Neither Plaintiff nor the Court has granted Defendant extensions of time to respond to the Complaint. *Id.* ¶ 3. On information and belief, the Defendant is neither an infant nor an incompetent person nor in the military service. *Id.* ¶¶ 5-6.

DATED: October 10, 2014

Respectfully submitted,

By    /s/ Sergei Lemberg

Sergei Lemberg, Esq.